

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATE OF AMERICA

V

Cr. No. 01-10061

CAROLYN SUE HALE and
FRANKLIN HALE

## MOTION TO CONTINUE RE-SENTENCING

Comes Charles P. Dupree, newly retained counsel for counsel for Carolyn Hale and Franklin Hale, and Moves this Court for an ORDER continuing the re-sentencing in this case, currently set for October 14, 2005 until a later date greater than thirty (30) days off, and for cause would show:

Counsel in this case has just this week been hired by Defendants to represent them in the re-sentencing of this case, and as well as pending conflicts with a trial in the Eastern District of Tennessee, Counsel needs additional time to review the initial proceeding (transcript of which is over 200 pages long) and review what needs to be contained in the sentencing memorandum/ objection to pre-trial report that must be filed prior to the sentencing. Counsel is at some disadvantage in that he did not try this case.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10/12/05

**MOTION GRANTED**
DATE: 11 October 2005

_James D. Todd_
James D. Todd
U.S. District Judge



Prior to filing this Motion, Counsel has consulted by telephone with Asst. U.S. Attorney Leigh Grenalds, and he has no objection to the continuance of the hearing so that I may become prepared to represent both Franklin and Carolyn Hale.

Charles P. Dupree
Counsel for Carolyn Hale and Franklin Hale
Tenn. Bar No. 2177
1000 Market Street
Chattanooga, Tn 37402
(423) 756-1841

Service Certified Pursuant to Court Rule on October 6, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 227 in case 1:01-CR-10061 was distributed by fax, mail, or direct printing on October 12, 2005 to the parties listed.

---

Charles P. Dupree
DUPREE LAW FIRM
622 Georgia Ave.
Chattanooga, TN 37402

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT