IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATE OF AMERICA

V

Cr. No. 01-10061-T

CAROLYN SUE HALE and
FRANKLIN HALE

## MOTION TO RESCHEDULE RE-SENTENCING

Comes Charles P. Dupree, newly retained counsel for counsel for Carolyn Hale and Franklin Hale, and Moves this Court for an ORDER continuing the re-sentencing in this case, currently set for November 14, 2005 until the later date of January 23, 2006, and for cause would show:

Counsel is still obtaining and reviewing materials and needs to prepare the objections and filings necessary before the hearing of this case. In addition, he has a conflict with the date presently set and will be in Philadelphia, Pa for medical treatment that week. .In addition, counsel is attempting to determine how many live witnesses may be necessary for the fair hearing of this matter.

Prior to filing this Motion, Counsel consulted by telephone with Asst. U.S. Attorney Leigh Grenalds, and he has no objection to the continuance of the hearing and for us to determine the

MOTION GRANTED
DATE: 3 Nov 2005

_____
James D. Todd
U.S. District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  11/4/05

necessity of witness being present, and how many. Counsel has also consulted with the Court's case manager prior to requesting the specific date to determine what dates would be proper on the Court's calendar.

Respectfully submitted,

Charles P. Dupree
Counsel for Carolyn Hale and Franklin Hale
Tenn. Bar No. 2177
1000 Market Street
Chattanooga, Tn  37402
(423) 756-1841


Service Certified Pursuant to Court Rule on November 1, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 232 in case 1:01-CR-10061 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

Charles P. Dupree
DUPREE LAW FIRM
622 Georgia Ave.
Chattanooga, TN 37402

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT